# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| FRANK ANZALONE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACT. NO. 1:21-cv-00014-TFM-M |
| | : | |
| UNITED BANK, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Pending before the Court is the parties' *Joint Stipulation of Dismissal With Prejudice*. Doc. 20, filed May 6, 2022. The Federal Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(i)-(ii). The joint stipulation is signed by counsel for all of the parties in this matter. Doc. 20.

Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the stipulation. Therefore, the claims in this case are dismissed with prejudice, with costs taxed as paid.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 6th day of May 2022.

 s/Terry F. Moorer  
TERRY F. MOORER  
UNITED STATES DISTRICT JUDGE